

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Nathan Caruso and Jennifer Donner, Appellants

No. 06-18-00081-CV      v.

Nathaniel Young, Appellee

Appeal from the 200th District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-15-000993). Opinion delivered by Chief Justice Morriss and Justice Stevens, participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Nathan Caruso and Jennifer Donner, pay all costs of this appeal.

RENDERED MAY 10, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk